MILLER *v.* GORMAN.—In error.

THE defendant moved the Court to instruct the jury that if certain facts were proved, they should be considered in mitigation of damages. The instruction was refused. *Held*, that as the record did not show that there was any evidence to support the hypothetical instruction asked for, the Court would presume the instruction to have been irrelevant to the testimony, and, of course, rightly refused.